UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DARIOUS PETERSON,                                                    08 CV 4397 (LAK)

                                      Plaintiff,

                                                        NOTICE OF APPEARANCE

          -against-

NEW YORK CITY, POLICE OFFICER JOSEPH
CRUZADO SHIELD #11022, SERGEANT MELTZER
and UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS, ,

                                             Defendants.

------------------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Enter my appearance as counsel in this case for defendant CITY OF NEW YORK. I certify that I am admitted to practice in this court.

Dated:  New York, New York
         May 27, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                   of the City of New York
                                               Attorney for Defendant
                                               CITY OF NEW YORK
                                             100 Church Street, Room 3-162
                                             New York, New York 10007
                                             (212) 788-9391
                                             bmyrvold@law.nyc.gov


                                             By:   /s/  Barry Myrvold


To:    Fred Lichtmacher                      By ECF
       *Attorney for Plaintiff*