UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DARIOUS PETERSON,                           Index No. 08 CV 4397
    -vs-                                    (J. Kaplan)

NEW YORK CITY, POLICE OFFICER JOSEPH CRUZADO SHIELD #11022, ET. AL.,
-------------------------------------------------------------------x

STATE OF    NEW YORK    )
COUNTY OF  NEW YORK    )  ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT

**PARTY SERVED:** NEW YORK CITY c/o CORPORATION COUNSEL

**LOCATION OF SERVICE:**    100 Church Street, 4th Floor
New York, NY 10007

**PARTY ACCEPTING SERVICE:** Amanda Gonzalez, docketing clerk
**DATE OF SERVICE:** 5/15/08    **TIME OF SERVICE:** 3:25 p.m.

An approximate description of the person served with process listed herein:

**SEX:** F  **SKIN COLOR:** Brown    **HAIR:** Black  **AGE:** 27  **HEIGHT:** 5'6"
**WEIGHT:** 136    **OTHER FEATURES:** Glasses.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 6/1/08

Qualified in Queens

