UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DARIOUS PETERSON,                              Index No. 08 CV 4397
    -vs-                                       (J. Kaplan)

NEW YORK CITY, POLICE OFFICER JOSEPH CRUZADO SHIELD #11022, ET. AL.,
------------------------------------------------------------------------x

STATE OF     NEW YORK          )
COUNTY OF    NEW YORK          )  ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT
**PARTY SERVED:** POLICE OFFICER JOSEPH CRUZADO SHIELD #11022

**LOCATION OF SERVICE:** c/o NYPD Queens Gang Unit, 114th Pct.
34-16 Astoria Boulevard
Astoria, NY 11103

**PARTY ACCEPTING SERVICE:** P.A.A. Sepulveda
**DATE OF SERVICE:** 5/28/08      **TIME OF SERVICE:** 11:03 a.m.

An approximate description of the person served with process listed herein:

**SEX:** F   **SKIN COLOR:** White   **HAIR:** Brown   **AGE:** 34   **HEIGHT:** 5'6"
**WEIGHT:** 136   **OTHER FEATURES:** Long hair.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with a person of suitable age and discretion a true copy of the within named process. Service was made at the address given above which is the usual place of business of the named party.

Service was completed when deponent deposited a copy of the process in an official depository of the US Postal Service, first class postage paid, in a properly addressed envelope bearing the legend 'PERSONAL & CONFIDENTIAL'. Said envelope was sent to the address listed herein and was mailed within twenty-four hours of service.

At the time of service, deponent asked the party accepting process if the defendant was in the military service of this state or nation or any other nation, and she responded in the negative.

_____
ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 6/1/08

Qualified in Queens

[Notary stamp: FRED B. LICHTMACHER, NOTARY PUBLIC, REG. NO. 02LI6017627, COMMISSION EXPIRES 1/28/__, STATE OF NEW YORK]