UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DARIOUS PETERSON,

08-4397
(Kaplan, Judge)

Plaintiff,

**STIPULATION TO
AMEND THE COMPLAINT**

-against-

NEW YORK CITY, et al,

Defendant(s).
-------------------------------------------------------X

**IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES**, that the
plaintiff in the above-entitled matter shall be allowed to file and serve his "Amended
Complaint" dated August 2, 2008. It is also agreed that by signing this Stipulation to Amend
the defendants waive none of their rights or defenses, including but not limited to not
waiving their right to assert the defense of the statute of limitations.

Dated: August 2, 2008
New York, New York

Fred Lichtmacher (PL-5341)
Attorney for Plaintiff
The Empire State Building
350 5th Avenue Suite 7116
New York, New York 10118
(212) 922-9066
Fax # (212) 922-9077

Dated: 8/16/08
New York, New York

Michael Cardozo Corporation Counsel
of the City of New York, by
Barry Myrvold (          )
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-9391
Fax # (212) 788-9776

S O  O R D E R E D

U.S.D.J

9/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08