UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DARIOUS PETERSON,

                Plaintiff,

-against-                                        08 Civ. 4397 (LAK)

NEW YORK CITY, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to compel and for other relief is granted to the extent that (1) the discovery period is extended to and including February 10, 2009, (2) subsequent deadlines are extended by a like amount, (3) the City shall produce the requisite information regarding any substantiated excessive force claim involving defendant Chevette by January 28, 2009, and (4) the City shall produce a hard copy, if one can be found, of the prisoner movement slip discussed in open court today on or before February 4, 2009. The motion is denied in all other respects.

        SO ORDERED.

Dated:        January 27, 2009

                                                Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 1/28/09