RECEIVED FEB 19 2009 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X    08-4397
DARIOUS PETERSON,                                              (Kaplan, Judge)

                          Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER           **JUDGMENT**
JOSEPH CRUZADO SHIELD # 11022,
LIEUTENANT DAVID MELTZER,
POLICE OFFICER DONNELL MYERS SHIELD# 10314,
POLICE OFFICER JOHN CHAVETTE SHIELD # 12920,
SGT DIGENNARO SHIELD # 906107,
POLICE OFFICER KEITH HORN SHIELD # 2076
POLICE OFFICER MATTHEW KLEIN SHIELD # 6183
and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS.

                          Defendant(s).
----------------------------------------------------------X

        Defendant New York City having made an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure offering to allow plaintiff, Darious Peterson, to take judgment against it in this action for the sum of Twenty Five Thousand and One Dollars ($25,001.00) plus reasonable attorneys's fees, expenses and costs to the date of the offer, February 13, 2009, and whereas the plaintiff has accepted said offer by letter dated February 16, 2009 and served said acceptance on the City of New York on February 17, 2009;

        It is Ordered and Adjudged

        That the plaintiff, Darious Peterson, recover of the defendant, New York City, the sum of Twenty Five Thousand and One Dollars ($25,001.00) payable within ninety (90) days plus reasonable attorneys's fees, expenses and costs to February 13, 2009, pursuant to 42 U.S.C. § 1988, Local Civil Rule 54.1, and all other applicable law to the extent such is approved by the Court and post-judgment interest thereon, if any, to the extent permitted by law.

Dated: New York, New York
         February 17, 2009

                                      _____
                                      U.S.D.J.

2/23/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

DARIOUS PETERSON,

         Plaintiff,  08 CV 4397 (LAK)

 against

THE CITY OF NEW YORK, et al

         Defendants.  **RULE 68 NOTICE**

---------------------------------------------------------------- x

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York hereby offers to allow plaintiff, Darious Peterson, to take judgment against it in this action for the sum of Twenty Five Thousand and One Dollar ($25,001.00), plus reasonable attorneys fees, expenses and costs to the date of this offer for plaintiff's federal claims.

    This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the defendants or any official, agent, or employee, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

    This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure; it is not to be construed as an admission of liability by any defendant, official, employee, representative, or agent, past or present, of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any injury or damages.

    Acceptance of this offer of judgment will act to release and discharge the defendants; their successors or assigns, and all past and present officials, employees,

representatives and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive plaintiff's right to any claim for interest on the amount of the judgment. Plaintiff agrees that payment of $25,001.00 within 90 days of the offer shall be a reasonable time for such payment. The judgment shall contain and recite the terms and conditions set forth herein.

DATED: New York, New York
February 13, 2009

Respectfully submitted,

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
CITY OF NEW YORK, JOSEPH
CRUZADO, DAVID MELTZER, DONNELL
MYERS, JOHN CHAVETTE, JOSEPH
DIGENNARO, KEITH HORN AND
MATTHEW KLEIN
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-9391

By: _____
Barry K. Myrvold

# FRED LICHTMACHER

ATTORNEY AT LAW  
FIFTH AVENUE, SUITE  
NEW YORK, NEW YORK

TELEPHONE (212) 922-  
FACSIMILE (212) 922-

*February 16, 2009*

Assistant Corporation Counsel  
Barry Myrvold  
100 Church Street  
New York, New York 10007  
**Fax # (212) 788-9776**

### Re: Peterson v NYC et al, 08 cv 4397 (Kaplan, J)

Mr. Myrvold,

    Pursuant to Plaintiff's instructions I hereby accept Defendants' Rule 68 Offer. Let me know what documents you require the Plaintiff to sign and we will do so as soon as we receive them.

    Very truly yours,

    Fred Lichtmacher

# FAX COVER SHEET

## *Fred Lichtmacher*
*The Empire State Building*
*350 5th Avenue Suite 7116*
*New York, New York 10118*
*(212) 922-9066*
*Fax # (212) 922-9077*

February 16, 2009

Assistant Corporation Counsel

# Barry Myrvold

100 Church Street
New York, New York 10007
**Via Fax (212) 788-9776**

Re: Peterson v NYC et al, 08 cv 4397 (Kaplan, J)

FROM: Fred Lichtmacher

Number of pages transmitted including cover sheet: __2__

HARD COPY TO FOLLOW ____ Yes __X__ No
ECF FILED ____ Yes __X__ No

Comments.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for the use of the addressee named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile by error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

HP Color LaserJet

# Fax Confirmation Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
|     |      |      |      |                |          |       |        |

**FAX COVER SHEET**

*Fred Lichtmacher*
*The Empire State Building*
*350 5th Avenue Suite 7110*
*New York, New York 10118*
*(212) 922-9066*
*Fax # (212) 922-9077*

February 16, 2009

Assistant Corporation Counsel

# Barry Myrvold

100 Church Street
New York, New York 10007
Via Fax (212) 788-9776

Re: Peterson v NYC et al. 08 cv 4397 (Kaplan, J)

FROM: Fred Lichtmacher

Number of pages transmitted including cover sheet: 7

HARD COPY TO FOLLOW ___ Yes _X_ No
TO BE FILED ___ Yes _X_ No

Comments

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for the use of the addressee named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile by error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X  08-4397
DARIOUS PETERSON, (Kaplan, Judge)

                                Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER
JOSEPH CRUZADO SHIELD # 11022,
LIEUTENANT DAVID MELTZER,
POLICE OFFICER DONNELL MYERS SHIELD# 10314,
POLICE OFFICER JOHN CHAVETTE SHIELD # 12920,
SGT DIGENNARO SHIELD # 906107,
POLICE OFFICER KEITH HORN SHIELD # 2076
POLICE OFFICER MATTHEW KLEIN SHIELD # 6183
and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS.

                                Defendant(s).
-------------------------------------------------------X

## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                          )
NEW YORK COUNTY   )

        I, FRED LICHTMACHER, being duly sworn deposes and says:

        I am not a party to the action, I am an attorney admitted to the practice of law in New York and I am the plaintiff's attorney in this cause of action. I am over the age of 18 years of age and my office is located in the Empire State Building 350 5th Avenue Suite 7116, New York, New York 10118, on February 16, 2009, I served the "Plaintiff's Letter Accepting the Rule 68 Offer of Judgment" on the defendants in the above-entitled matter, parties who had previously appeared by counsel by first faxing a copy to a number provided by defendant for that purpose ((212) 788-9776)) and then on February 18, 2009 by depositing a true copy thereof, enclosed in a postage-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

To:    Assistant Corporation Counsel
        Barry Myrvold
        100 Church Street
        New York, New York 10007

        / s /
FRED LICHTMACHER
Attorney for plaintiff
The Empire State Building
350 5th Avenue Suite 7116
New York, NY 10118
(212) 922-9066